**S. B. KNOTTS, Sr., Debtor, Appellant, v. The FIRST CAROLINAS JOINT STOCK LAND BANK OF COLUMBIA, SOUTH CAROLINA, and/or All Persons, Firms, or Corporations Joining in Their Petition, Appellee.**

No. 3930.

Circuit Court of Appeals, Fourth Circuit.

Oct. 25, 1935.

S. B. Knotts, Jr., of Columbia, S. C., and M. E. Zeigler, of Orangeburg, S. C., for appellant.

Irvine F. Belser and J. E. Belser, both of Columbia, S. C., and C. E. Summers, of Orangeburg, S. C., for appellee.

PER CURIAM.

Cause remanded for further proceedings.

**LAWYERS MORTGAGE COMPANY, Plaintiff-Appellant, v. Charles W. ANDERSON, as Collector, etc., Defendant-Appellee.**

No. 109.

Circuit Court of Appeals, Second Circuit.

Nov. 12, 1935.

Harry W. Forbes, of New York City, for appellant.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed in open court on authority of Lawyers' Mortgage Co. v. Anderson (C.C.A.) 67 F.(2d) 889.

**William Henry McCAUSLAND, Appellant, v. INTERNATIONAL SHOE COMPANY, Appellee.**

No. 7899.

Circuit Court of Appeals, Ninth Circuit.

Oct. 17, 1935.

For opinion below, see 9 F.Supp. 129.

Lane & Lane, of Los Angeles, Cal., for appellant.

Gold, Silk & Quittner, of Los Angeles, Cal., for appellee.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered, appeal allowed by District Court, and petition to this court, under section 24b of the Bankruptcy Act (11 U.S.C.A. § 47 (b), dismissed, that a decree of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.